**E-filed 4/27/06**

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
    OTIS McGEE, JR., Cal. Bar No. 71885
3  MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
    Four Embarcadero Center, 17th Floor
4  San Francisco, California  94111-4106
    Telephone:    415-434-9100
5  Facsimile:    415-434-3947

6  Attorneys for Defendants
    THE PEPSI BOTTLING GROUP, INC. and STEPHAN RUIZ
7

8  LAW OFFICE OF M. VAN SMITH
    M. VAN SMITH, Cal. Bar No. 32007
9  DAMIAN R. FERNANDEZ, Cal. Bar No. 206662
    1696 Mendenhall Drive
10  San Jose, California  95130
    Telephone:    408-364-1062
11  E-mail:  mvsmith@sbcglobal.net

12  Attorney for Plaintiff JIM AZEVEDO SANTOS

13

                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN JOSE DIVISION
16

17  JIM AZEVEDO SANTOS,                     Case No. C06-001249 JF

18              Plaintiff,                  Case Filed: January 17, 2006
                                            Removed:    February 21, 2006
19      v.

20  PEPSI BOTTLING GROUP, INC. a            **STIPULATION TO DISMISSAL OF
    corporation, STEVE RUIZ, an individual, ACTION WITH PREJUDICE
21  DOES ONE through TEN,                   PURSUANT TO FRCP 41(a)(1)(ii);
                                            AND ORDER THEREON**
22              Defendants.

23                                          Trial Date:   None set

24

25

26

27

28

W02-SF:FMI\61488802.1                       STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE;
C06-01249 JF                                                        AND ORDER THEREON

1         All parties to this action hereby stipulate and agree, pursuant to Rule

2  41(a)(1)(ii) of the Federal Rules of Civil Procedure, to the dismissal with prejudice of this

3  action in its entirety.

4

5  Dated: _____April 7_____ , 2006   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

6

7                   By            /s/

8                                 MICHAEL W. SCARBOROUGH

9                                Attorneys for Defendants
                             THE PEPSI BOTTLING GROUP, INC.

10                               and STEPHAN RUIZ

11

12

13  Dated: _____ , 2006   LAW OFFICE OF M. VAN SMITH

14

15

16                   By                               
                               M. VAN SMITH

17

18                                Attorney for Plaintiff
                             JIM AZEVEDO SANTOS

19

20  IT IS SO ORDERED.

21

22  Dated: _____4/27_____ , 2006   _____

23                            HONORABLE JEREMY FOGEL

24                            United States District Court Judge

25

26

27

28